UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANGEL PEREZ, JR.,<br><br>Defendant. | Case No.:  **20-MJ-5151**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about November 26, 2020, within the Southern District of California, defendant ANGEL PEREZ, JR., knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Ruger LCP Model 3701 380 Auto, bearing serial number 37530553; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Andrew Flood, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 27th day of November 2020.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## **PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On November 26, 2020, at approximately 11:06 a.m., defendant Angel PEREZ, Jr. applied for entry into the United States from Mexico at the San Ysidro Port of Entry (POE) via vehicle lane #8 in a 2004 gold Chevrolet Tahoe bearing California license plates. PEREZ is the registered owner of this vehicle. Customs & Border Protection Officer (CBPO) M. Rivera inspected PEREZ and received a negative customs declaration. CBPO Rivera observed a large cloth blanket laid across the back area of the vehicle. CBPO Rivera lifted the blanket to reveal two individuals concealed underneath that the officer suspected of being undocumented aliens with no legal right to enter or remain in the United States. CBPO Rivera detained PEREZ.

CBPO R. Castaneda responded to assist CBPO Rivera. CBPO Castaneda escorted PEREZ to the Security Office for further processing. During a pat down search of PEREZ, CBPO Castaneda felt an object concealed in PEREZ's waist. CBPO Castaneda removed a small handgun, later identified as a Ruger LCP Model 3701 380 Auto firearm bearing serial number 37530553, from PEREZ's person. The loaded firearm had a magazine inserted that contained 4 rounds of .380 ammunition head stamped "WIN 380 AUTO," including one round in the chamber.

At approximately 3:40 p.m., Homeland Security Investigations (HSI) Special Agent (SA) Flood interviewed PEREZ in the English language. Post Miranda, PEREZ denied knowledge of the individuals discovered underneath the blanket in his vehicle. PEREZ claimed he traveled to Mexico on November 25, 2020 and stayed overnight. PEREZ stated he was carrying the firearm concealed in his waist and believed the firearm was loaded with three or four rounds of ammunition. PEREZ believed the firearm was loaded and contained

a round of ammunition in the chamber. PEREZ purchased the firearm for approximately $150.00 from an unidentified male in the Skyline/Encanto area of San Diego approximately a year ago. PEREZ stated he carries the firearm for protection. PEREZ admitted to being convicted of importation of a controlled substance and vehicle theft. PEREZ admitted that he knew he has felony convictions and is not allowed to possess a firearm. PEREZ further admitted to being arrested for domestic battery a few months ago and is currently out on bail for that offense.

Preliminary records checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 09/06/2001 | San Diego Superior Court #SCD159721 | 10851(a) VC Auto Theft (felony); 11377(a) HS Possess Controlled Substance | 180 days jail, 3 years probation |
| 01/23/2006 | US District Court Southern District of CA #05CR1769 | 21 USC 952&960 Importation of Marijuana (felony) | Time Served, 3 years supervised release |

The firearm and ammunition were seized. Preliminary checks revealed the firearm and ammunition were not manufactured in California. PEREZ transported the firearm and ammunition from Mexico into the United States; therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.