UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL PEREZ, JR.,<br><br>Defendant. | CASE NO.:   21-cr-00479-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Perez's Motion Hearing/Trial Setting currently scheduled for April 2, 2021 at 1:30 p.m. be continued to **May 7, 2021 at 1:30 p.m.**

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated:  March 25, 2021

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge