UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

ANGEL PEREZ,

                Defendant.

CASE NO.:  21CR479-JLS

ORDER CONTINUING MOTION HEARING/TRIAL SETTING

     This matter comes before the Court upon the joint application of the parties to continue the motion hearing/trial setting scheduled for May 7, 2021, and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161.  Based on the application, the Court makes the following findings:

     For reasons stated in paragraph 7 of the motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.

     IT IS ORDERED that the motion to continue is granted.  The hearing scheduled for May 7, 2021, shall be continued to June 11, 2021, at 1:30 p.m.

     IT IS SO ORDERED.

Dated:  April 29, 2021

Hon. Janis L. Sammartino
United States District Judge